FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 16  PM 1:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRINCE MORRISON                                CIVIL ACTION

VERSUS                                         NO. 06-10704

BURL CAIN, WARDEN                              SECTION "F" (2)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the petition of Prince Morrison for habeas corpus relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of November, 2007.

Martin L.C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____